UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAUL ALCALAN,<br><br>                Plaintiff,<br>    v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>                Defendant. | Case No.: 14-CV-05520-LHK<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

Before the Court is Plaintiff Saul Alcalan's ("Plaintiff") Application to Proceed In Forma Pauperis. *See* ECF No. 3 ("Application").

Under the federal in forma pauperis statute, a court may authorize the commencement of a suit without prepayment of the filing fee required by the clerk of the court if the plaintiff submits an affidavit of poverty showing that he or she is "unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). However, even if the plaintiff makes an adequate showing of poverty, a court may deny leave to proceed in forma pauperis if it determines at the outset "from the face of the proposed complaint that the action is frivolous or without merit." *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1370 (9th Cir. 1987); *see also* 28 U.S.C. § 1915(e); *Calhoun v. Stahl*, 245 F.3d 845, 845 (9th Cir. 2001) (per curiam) ("[T]he provisions of 28 U.S.C. § 1915(e)(2)(B) are not limited to prisoners.").

1    Here, Plaintiff's Complaint, which seeks review of a final decision of the Commissioner of
2 Social Security, does not appear on its face to be frivolous or malicious, nor does it appear to fail
3 to state a claim pursuant to 42 U.S.C. §§ 405(g) and 1383(c)(3).  Furthermore, Plaintiff has
4 declared under penalty of perjury that he is not presently employed; that his wife is not presently
5 employed; that he has no bank account; that his adult sons pay his monthly mortgage; and that he
6 receives approximately $440.00 in food stamps per month.  *See* Application at 1-3.  Plaintiff has
7 thus adequately shown that he is unable to pay the fees required to commence this lawsuit.

8    Accordingly, the Court hereby GRANTS Plaintiff's Application to Proceed In Forma
9 Pauperis.  The Clerk of the Court shall issue summons.  It is further ordered that the U.S. Marshal
10 for the Northern District of California serve, without prepayment of fees, a copy of the Complaint,
11 any amendments, scheduling orders, and attachments, Plaintiff's affidavit, and this order upon the
12 Defendant.

13 **IT IS SO ORDERED.**

15 Dated: January 7, 2015

_____
LUCY H. KOH
United States District Judge