United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAUL ALCALAN,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 14-CV-05520-LHK<br><br>**ORDER FOR DEFENDANT TO FILE CONSENT/DECLINATION STATEMENT** |

On January 20, 2015, Plaintiff filed a statement consenting to proceed in this action before a United States Magistrate Judge. ECF No. 8. Accordingly, the Court hereby ORDERS Defendant to file a statement indicating whether or not Defendant consents to proceed in this action before a United States Magistrate Judge by January 23, 2015.

**IT IS SO ORDERED.**

Dated: January 21, 2015

                                        */s/ Lucy H. Koh*
                                        LUCY H. KOH
                                        United States District Judge

1