United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAUL ALCALAN,<br><br>                    Plaintiff,<br><br>            v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No.: 14-CV-05520-LHK<br><br>**ORDER OF REFERRAL** |

Based on the parties' consent to proceed before a United States Magistrate Judge for all purposes including trial and entry of judgment, *see* ECF Nos. 8, 10, the Court directs the Clerk to reassign this case to a United States Magistrate Judge in San Jose.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: February 11, 2015

_____

LUCY H. KOH
United States District Judge

1

Case No.: 14-CV-05520-LHK
ORDER OF REFERRAL